IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PAUL HOBIN,

      Plaintiff,

v.                                        Case No. 3:23-cv-1298-L

CITY OF HUTCHINS, TEXAS, and
FIRE CHIEF STACEY HICKSON
(in his individual capacity),

      Defendants.

## JOINT SETTLEMENT STATUS REPORT

Plaintiff Paul Hobin and Defendants City of Hutchins, Texas and Fire Chief Stacey Hickson (collectively "Defendants"), by and through their undersigned counsel, hereby submit this Joint Settlement Status Report pursuant to the Court's August 11, 2023 Scheduling Order, and state as follows:

1. Plaintiff filed the complaint in this matter on June 9, 2023. Defendants filed an answer on July 3, 2023.

2. Since that time, Counsel for Plaintiff contacted Defendants' counsel and sent a settlement proposal for Defendants' consideration via email on August 28, 2023, and September 21, 2023, which sets forth proffered terms to resolve this dispute and dispose of this action in its entirety.

3. To date, Defendants have not made a counter-offer to Plaintiff's settlement proposal, as Defendants believe that the parties are currently too far apart to make meaningful settlement progress at this time, particularly with mediation set for December 11, 2023.

4. In this regard, Defendants prefer to engage in settlement discussions at the December 11, 2023, mediation conference to be conducted by Magistrate Judge Horan pursuant to this Court's Order of August 11, 2023 (doc. 16) and Judge Horan's Order of September 5, 2023 (doc. 17). The parties will continue in good faith to discuss the potential for settlement of this matter.

Respectfully submitted,

 /s/ Matthew D. Watts
MATTHEW D. WATTS (admitted *pro hac vice*)
D.C. Bar No. 1030130
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L Street NW, Suite 400
Washington, DC 20036
Tel.: (202) 783-0010; Fax: (202) 783-6088
Email: mwatts@mooneygreen.com
*Counsel for Plaintiff Paul Hobin*

 /s/ Tamara Y. Imam
TAMARA Y. IMAM (admitted *pro hac vice*)
D.C. Bar No. 90003344
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L Street NW, Suite 400
Washington, DC 20036
Tel.: (202) 783-0010; Fax: (202) 783-6088
Email: timam@mooneygreen.com
*Counsel for Plaintiff Paul Hobin*

 /s/ Sanford R. Denison
SANFORD R. DENISON
Tex. Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Ave., Suite 1403
Dallas, TX  75214
Tel.: (214) 637-0750; Fax.: (214) 637-0730
Email: denison@baabdenison.com
*Counsel for Plaintiff Paul Hobin*

          */s/ Gerald Bright*
GERALD BRIGHT
State Bar No. 02991720
WALKER BRIGHT PC
100 North Central Expressway, Suite 800
Richardson, Texas 75080
Telephone: (972) 744-0192
Telecopier: (972) 744-0067
Email: efiledallas@wblpc.com
*Counsel for Defendants City of Hutchins, Texas and Fire Chief Stacey Hickson*

          */s/ David L. Craft*
DAVID L. CRAFT
State Bar No. 00790522
WALKER BRIGHT PC
100 North Central Expressway, Suite 800
Richardson, Texas 75080
Telephone: (972) 744-0192
Telecopier: (972) 744-0067
Email: david.craft@wblpc.com
*Counsel for Defendants City of Hutchins, Texas and Fire Chief Stacey Hickson*

Dated:  November 9, 2023

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 9th day of November, 2023, the foregoing was served via the Court's electronic filing system (CM/ECF) on all registered individuals, including:

  Gerald Bright
  David L. Craft
  Walker Bright PC
  100 North Central Expressway, Suite 800
  Richardson, Texas 75080
  efiledallas@wblpc.com
  david.craft@wblpc.com


                                                  /s/ Matthew D. Watts
                                                    Matthew D. Watts


Dated: November 9, 2023